■ KEY BANK OF SOUTHEASTERN NEW YORK, Respondent, v ELIZABETH F. LAMMERS, Appellant. [638 NYS2d 354] —Appeal by the defendant from an order of the Supreme Court, Dutchess County (Hillery, J.), entered May 31, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Hillery at the Supreme Court. Balletta, J. P., Ritter, Altman and Hart, JJ., concur.